IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| MANUEL MORENO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:19CV360 |
| | ) | |
| SHAZAD AHMED, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

The Recommendation of the United States Magistrate Judge was filed with the Court in accordance with 28 U.S.C. § 636(b) and, on June 12, 2023, was served on the parties in this action. (ECF Nos. 139, 140.)

Defendant Dr. Carol Bosholm filed objections to the Magistrate Judge's Recommendation, (*see* ECF No. 144), to which Plaintiff responded, (*see* ECF No. 150).

The Court has appropriately reviewed the Magistrate Judge's Recommendation and has made a *de novo* determination in accord with the Magistrate Judge's Recommendation. The Court therefore adopts the Magistrate Judge's Recommendation.

**IT IS THEREFORE ORDERED** that Defendant's Motion, (ECF No. 116), is **GRANTED IN PART and DENIED IN PART** as follows: summary judgment is entered in Defendant's favor on Plaintiff's contention that Defendant prescribed him a medication despite his known allergy to it but denied as to all other aspects of Plaintiff's deliberate indifference and negligence claims.

This, the 21st day of July 2023.

/s/ Loretta C. Biggs
United States District Judge