UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
File No.: 1:19-CV-00360-LCB-LPA

MANUEL MORENO,

Plaintiff,

v.

DR. CAROL C. BOSHOLM,

Defendant.

**NOTICE OF APPEAL**

Pursuant to Rule 3 of the Federal Rules of Appellate Procedure, Plaintiff Manuel Moreno hereby gives notice of appeal to the United States Court of Appeals for the Fourth Circuit from the Judgment entered on August 3, 2023 by United States District Judge Loretta C. Biggs [DE 187].

Plaintiff further provides notice that he is proceeding on appeal in forma pauperis pursuant to Rule 24(a)(3) of the Federal Rules of Appellate Procedure

Please note that although Plaintiff's pro bono trial counsel is filing this notice of appeal on behalf of Plaintiff, Plaintiff's pro bono trial counsel will not be serving as Plaintiff's counsel in his appeal. Accordingly, this notice of appeal should not be construed as Plaintiff's pro bono trial counsel entering an appearance on behalf of Plaintiff in his appeal.

This the 2nd day of September, 2023.

1

/s/ Agustin Martinez
Kearns Davis
    N.C. State Bar No. 22014
    Email: kdavis@brookspierce.com
S. Collins Saint
    N.C. State Bar No. 52586
    Email: ssaint@brookspierce.com
Agustin Martinez
    N.C. State Bar No. 56356
    Email: amartinez@brookspierce.com
BROOKS, PIERCE, McLENDON,
 HUMPHREY & LEONARD, L.L.P.
Post Office Box 26000
Greensboro, NC 27420-6000
Telephone:  (336) 373-8850
Facsimile:   (336) 378-1001
*Counsel for Plaintiff*

2